# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

E-FILED
Wednesday, 18 May, 2022 08:28:37 AM
Clerk, U.S. District Court, ILCD

_Ryan W. Campbell_ ,  )
)
Plaintiff )
)
vs. )
)
_L. Hopp (Healthcare Administrator)_ )
_Dr. Milanez (Dentist)_ )
_Dr. Crawford (Dentist)_ )
_Chief Dentist (Name Unknown)_ )
_____ , )
)
Defendant(s) )

Case No. _____
*(The case number will be assigned by the clerk)*

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MAY 1 7 2022

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☐  Unknown _____

## I. FEDERAL JURISDICTION

_____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: *Ryan W. Campbell*

Prison Identification Number: *R44104*

Current address: *Lincoln Correctional Center*
*PO Box 549, Lincoln, IL 62656*

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: *L. Hopp*

Current Job Title: *Health Care Administrator (Wexford)*

Current Work Address *Lincoln Correctional Center*
*PO Box 549, Lincoln, IL 62656*

Defendant #2:

Full Name: *Dr. Milanez*

Current Job Title: *Dentist (Wexford)*

Current Work Address *Lincoln Correctional Center*
*PO Box 549, Lincoln, IL, 62656*

Defendant #3:

Full Name: *Dr. Crawford*

Current Job Title: *Dentist (Wexford)*

2

Current Work Address _LINCOLN CORRECTIONAL CENTER_

_PO. BOX 549, LINCOLN, IL, 62656_

**Defendant #4:**

Full Name: _CHIEF DENIST (NAME UNKNOWN)_

Current Job Title: _DENIST (UNKNOWN)_

Current Work Address _(UNKNOWN)_

_____

**Defendant #5:**

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A.  Have you had a case dismissed which counted as a "strike" under 28 U.S.C. § 1915(g)?

Yes ☐          No ☑

B.  If your answer to A is yes, how many? _____

C.  Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑          No ☐

D.  If your answer to B is yes, how many? _TWO_  Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number
*1:17-CV-06886 STONEY F. Schenkler AURORA Police Dept.*
*1:17-CV-07817 MARLEN E. ASPEN   PESTER et al*
2. Basic claim made   *CONDITIONS , CRUEL UNUSUAL PUNISHMENT*

3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)   *BOTH CASES WERE TERMINATED*


*For additional cases, provide the above information in the same format on a separate page.*


## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?  Yes  ☒   No  ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

    Yes  ☒   No  ☐

If your answer is no, explain why not _____
_____

C.  Is the grievance process completed?     Yes  ☐     No  ☒


## V.  STATEMENT OF CLAIM

Place(s) of the occurrence _____

Date(s) of the occurrence   11 / 12 / 2021

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I ARRIVED AT LINCOLN CORRECTIONAL CENTER ON 11/9/21 SINCE 11/12/21 I HAVE PUT IN FOR MEDICAL DENTAL SICK CALL FOR MY LOWER BACK TOOTH AS I HAVE BEEN IN PAIN. AS I HAVE PUT IN FOR SICK CALL FOR A PARTIAL TOOTH TO BE MOLDED AND PLACED AS I HAVE TROUBLE EATING FOOD WITH A MISSING TOOTH. ANY TIME I ASKED FOR A PARTAIL TOOTH DR. CRAWFORD AND DR. MILANEZ STATED THERE IS A WAITING LIST, BECAUSE OF NO WORKING OR FUNCTIONAL DENTAL CHAIR, QUARNTINE, AND COVID-19. I ASKED DR. CRAWFORD AND DR. MILANEZ TO HAVE MY TEETH CLEANED, DR. CRAWFORD AND DR. MILANEZ BOTH STATED "WE DO NOT CLEAN TEETH AS THEY WILL HAVE TO HIRE A HYGENIST." AS I WAS TOLD THERE WAS NO DENTAL CHAIR THAT WORKED OR FUNCTIONED AT THE TIME OF MY DENTAL SICKCALLS. AS DR. CRAWFORD AND DR. MILANEZ ARE PERFORMING DENTAL SICKCALLS AND DENTAL PROCUDURES IN HOUSING UNIT FOYERS. EVERY AND ANY SICK CALL I HAVE ENCOUNTERED, BESIDES TWO HAVE BEEN IN HOUSING UNIT 1 FOYER, WITHOUT BEING ON QUARNTINE UPON THE SICK CALLS FOR DENTAL I WAS TOLD NOTHING COULD BE DONE, BECAUSE OF NO WORKING OR FUNCTIONAL DENTAL CHAIR AND COVID-19 QUARNTINE. SINCE NOVEMBER 12th, 2021 I HAVE BEEN PUTTING IN FOR SICK CALL FOR PAIN FROM MY GUMLINE AND BOTTOM OF MY REAR LEFT TOOTH, A PARTIAL, AND A TEETH CLEANSING. EVERY TIME I HAVE PUT

FOR DENTAL SICK CALL I HAVE BEEN DENIED DENTAL TREATMENT. EVERY TIME I PUT IN FOR DENTAL SICKCALL I HAVE SHOWN Dr. CRAWFORD BLOOD FROM MY GUMLINE AND SHOWED Dr. CRAWFORD MY GUMS ARE SWOLLEN. (EXHIBITS ATTACHED) ON 2/5/22 DR. CRAWFORD FINALLY GOT ME TO HEALTHCARE FOR AN EX-RAY OF MY BOTTOM LOWER LEFT TOOTH AND STATED "THE TOOTH IS FINE, BUT YOUR GUM LINES ARE FAILING AS YOUR GUMS ARE SWOLLEN AND YOU HAVE CAUGHT AN INFECTION DR. CRAWFORD STATED "YOU NEED A GUM GRAPH AS YOUR GUM LINES HAVE FAILED," AND STATED, "IF WE PULL THE TOOTH AND REPLACE IT WITH A PARTIAL YOU WILL HAVE THE SAME PROBLEM WITH THE GUMLINE." I ASKED Dr. CRAWFORD TO PUT ME IN FOR A REFFERAL TO BE SUBMITTED TO HEALTHCARE ADMINISTRATOR L. HOPP FOR OUTSIDE DENTAL ASSISTANCE TO GET A GUM GRAPH DONE AS I AM IN PAIN DAILY AND MY ROOT OF MY TOOTH IS EXPOSED, AS THERE IS BLOOD AND PUSS COMING FROM MY GUMS AND THE EX-RAY SHOWS THE TOOTH IS FINE. 2/15/22 I PUT IN FOR DENTAL SICKCALL ONCE AGAIN AS I AM IN PAIN, WHICH DR. MILANEZ CAME TO HOUSING UNIT / FOYER WITH A LEGAL PAD TO LOG THE SICKCALLS AND HAD A CLEAR BAG OF TYLENOL AND IBUPROFEN. DR. MILANEZ APPROACHED ME TO LOOK INSIDE OF MY MOUTH WITH NO GLOVES, AS I PULLED AWAY FROM HIM AND STATED "WHERE ARE YOUR GLOVES." I THEN PULLED MY BOTTOM LIP DOWN TO SHOW DR. MILANEZ THAT MY GUMS ARE SWOLLEN, BLEEDING, AND INFECTED. DR. MILANEZ STATED "YOUR GUMS ARE SWOLLEN, BLEEDING, AND INFECTED." WHICH THEN PRESCRIBED ME ONE WEEKS WORTH OF PENICILLIN AND STATED WHEN THE BLEEDING, SWELLING, AND INFECTION GO AWAY I WILL GET YOU INTO THE DENTAL CHAIRER IN THE HEALTHCARE UNIT TO DO A GUM GRAPH AND STATED "YOU NEED

A GOOD CLEANING ON THE TOOTH BEFORE I PERFORM ON YOU."

2/24/2022 I SEEN DR. CRAWFORD IN THE FOYER PERFORMING A DENTAL SICK CALL, AS I ASKED C/O FUNK BADGE # 2577, IF I COULD SPEAK TO DR. CRAWFORD AS MY GUMS ARE STILL BLEEDING, SWOLLEN, AND INFECTED THAT PUSS AND BLOOD COMING OUT OF THE INFECTED AREA OF MY GUMS. I STATED TO DR. CRAWFORD I HAVE BEEN IN PAIN FOR THE LAST NINETY DAYS, AND HAVE BEEN DENIED A PARTIAL TOOTH THAT I AM WILLING TO PAY FOR OUT OF MY INMATE TRUST FUND ACCOUNT, AND ALSO I WAS DENIED A TEETH CLEANING THAT COULD HAVE PREVENTED THE PAIN, SWELLING, AND BLEEDING THAT CAUSED AN INFECTION IN THE FIRST PLACE. AS BEGINNING DENIED MY LOWER RIGHT PARTIAL I HAVE TROUBLE BITING AND EATING CERTAIN FOOD AS WELL AS CHEWING FOOD ON A DAY TO DAY BASES. AS DAILY FUNCTIONS SUCH AS BRUSHING MY TEETH, FLOSSING PROPERLY AS I HAVE TO AVOID MY LEFT SIDE OF LOWER BOTTOM GUMLINE, AS I AM IN PAIN DAILY, AND HAVE BEEN CHEWING ON THE RIGHT SIDE OF MY MOUTH FOR MONTHS AVOIDING THE PAIN, AND IRRITATION THE TOOTH AND GUMLINE CAUSES. 2/26/22 I VISITED DR. CRAWFORD ONCE AGAIN FOR MEDICAL DENTAL SICK CALL AND ASKED ABOUT THE REFFERAL HE HAD SENT TO BE SEEN FOR ME TO BE SEEN BY AN OUTSIDE DENIST, AS I AM IN PAIN DAILY. DR. CRAWFORD STATED THAT THE STATE CHIEF DENIST DENIED ME (NAME UNKNOWN) DR CRAWFORD STATED TO ME THE CHIEF DENIST RECOMMENDED SYNSODYNE TOOTHPASTE. I ASKED DR. CRAWFORD WHAT IS THE NAME OF THE CHIEF DENIST WHO IS DENYING FURTHER MEDICAL DENTAL TREATMENT. DR. CRAWFORD STATED THAT HE CAN NOT PROVIDE THE NAME OF THE CHIEF STATE DENIST (NAME UNKNOWN) AS I HAVE EXHAUSTED ALL OF MY ADMINISTRATIVE REMEDIES,

AS CHIEF ADMINISTRATOR HAS AGREED THAT MY GRIEVANCES AS MEET AS I SIT IN PAIN DAILY WITH BLEEDING, SWELLING, NO PARTIAL TOOTH, NOR ANY TEETH CLEANSING, AND A FAILING GUMLINE. AS L. HOPP HAS SEVERAL GRIEVANCES REGARDING THIS ISSUE AND HAS MADE NO ATTEMPT TO RESOLVE ANY OF MY ISSUES WITH MEDICAL DENTAL TREATMENT. ON 3/8/22 DR. MILANEZ FINALLY GOT ME TO HEALTHCARE TO LOOK AT THE TOOTH AND GUMLINE. HE STATED "THE GUMLINE HAS FALLEN BELOW THE ROOT OF THE TOOTH, AND THEN TOOK AN EV-RAY AND STATED THE TOOTH IS FINE, AND HAS NO CAVITIE AS DR. MILANEZ THEN PATCHED THE ROOT OF THE TOOTH WITH FILLING AND STATED "THIS SHOULD HELP," BUT WAIT A COUPLE DAYS TO SEE IF THERE IS ANY PAIN. DR. MILANEZ MENTIONED TO AVOID BRUSHING WHERE YOUR GUMLINE HAS FALLEN, BECAUSE LINCOLN CORRECTIONAL CENTER DOESN'T PROVIDE A SOFT BRISTLE TOOTHBRUSH. 4/27/22 I PUT IN FOR DENTAL SICKCALL AND DR. MILANEZ CAME TO FOYER AT 5 HOUSE AND GAVE ME SENSODYNE TOOTHPASTE AND IB WHICH I TOLD HIM THAT THE SENSODYNE TOOTHPASTE AND IB ARE NOT WORKING. AND I ASKED ABOUT THE GUM GRAFDA HE STATED HE SUBMITTED THE LAST SICK CALL WE ENCOUNTERED HE THEN STATED "I WILL HAVE TO MAKE A CALL." 4/29/22 I SIGNED UP FOR DENTAL SICK CALL AND WAS SEEN BY DENTAL ASSISTANT (NAME UNKNOWN), BECAUSE THE FILLING OVER THE ROOT OF THE TOOTH HAS FALLEN OUT AS I STILL HAVE PAIN, BLOOD, AND IRRITATION FROM THE TOOTH AND MY GUMLINE DAILY. AND ALSO, KEPT THE FILLING TO SHOW DENTAL ASSISTANT DURING THE SICK WHICH WAS SHOWN. TO HER. SINCE 11/12/2021 I HAVE BEEN IN PAIN DAILY WITH TWO INFECTIONS, BLOOD, SWELLING, AND THE ROOT OF MY TOOTH EXPOSED AS

my GUMLINES HAVE FAILED. I HAVE BEEN DENIED A PARTIAL TOOTH, AND A TEETH CLEANINGS. DR. CRAWFORD DR. MILANEZ, L. HOPP, AND CHIEF DENIST (NAME UNKNOWN) HAVE VIOLATED my 5th, 1st, 14th, AND 8th AMENDMANT RIGHTS SUCH AS CRUEL AND UNUSUAL PUNISHMENT, DELIBERATE INDIFFERENCE. AS I HAVE BEEN IN pAIN FOR 6 monthS SPITTING BLOOD IN THE SINK AFTER I BRUSH AND FLOSS my TEETH. AS I HAVE TO BRUSH AND EAT ON THE RIGHT SIDE OF my mouth WITH A MISSING TOOTH ON THE RIGHT LOWER. I ALSO, HAVE BEEN WRITTEN AN INSOLENCE TICKET SHOWING BLOOD COMING FROM my mouth FROM DR. CRAWFORD (EXHIBIT ATTACHED). I RYAN CAMPBELL HAVE EXHAUSTED my ADMINSTRATIVE REMEDIES AS L. HOPP, Dr. CRAWFORD, Dr. MILANEZ, AND CHIEF DENIST NAME UNKNOWN VIOLATE my RIGHTS HERE AT LINCOLN CORRECTIONAL CENTER. AS L. HOPP WILL NOT RESPOND TO GRIEVANCE NUMBERS # 378, # 817, # 762, AND # 733. AS CHIEF ADMINISTATOR CALLOWAY, V. P. IS AWARE OF DENTAL ISSUES. EXHIBIT'S ATTACHED

**RELIEF REQUESTED**

(State what relief you want from the court.)

9

COMPENSATORY AND PUNITIVE DAMAGES ARE TO BE
DETERMINED BY A JURY, All COSTS TO INCLUDE COPIES,
FEDERAL FILING FEES, AND ANY BOOKS THAT ASSOCIATE
WITH THIS CASE

JURY DEMAND          Yes ☒          No ☐

Signed this ___11th___ day of ___MAY___, 20_22_.

_Ryan W. Campbell_
( Signature of Plaintiff)

| Name of Plaintiff:<br><br>Ryan W. Campbell | Inmate Identification Number:<br><br>R44104 |
|---|---|
| Address: Lincoln Correctional Center<br>P.O. Box 549<br>Lincoln, IL 62656 | Telephone Number:<br><br>N/A |



JB Pritzker
Governor

Rob Jeffreys
Director

**The Illinois Department of Corrections**

Lincoln Correctional Center
1098 1350th Street • Lincoln, IL  62656 • (217) 735-5411 TDD: (800) 526-0844

# M E M O R A N D U M

DATE:      25 MARCH 2022

TO:        Individual in Custody Campbell, Ryan W. – R44104      1B     08:20

FROM:      Calloway, V. P., Assistant Warden of Operations

SUBJECT:   Request for Status of Grievance

---

I have received your correspondence requesting an update on the status of your
grievance #378 regarding Dental issues.

After researching your concerns, I offer you the following:

- Your grievance has been received at second level and is currently in a pending
  status at this time.
- I notified the Health Care Unit Administrator of your concerns with dental and
  asked that your case is reviewed.

I trust this addresses your concerns.  If you have more questions, please address them
with your counselor or Clinical Services Supervisor.

Respectfully,

V. P. Calloway

CC:    Assistant Warden of Programs
       Health Care Unit Administrator/Director of Nursing
       Clinical Services Supervisor

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in
offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

#733.

1B-8-2U

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R44104 | **Counseling Date** | 03/29/22 08:52:10:713 |
| **Offender Name** | CAMPBELL, RYAN W. | **Type** | Collateral |
| **Current Admit Date** | 09/30/2021 | **Method** | Grievance |
| **MSR Date** | 01/25/2023 | **Location** | LIN   CLINICAL SERVICES |
| **HSE/GAL/CELL** | 01-B -08 | **Staff** | COOK, LUIS J., Office Coordinator |

The individual in custody submitted an emergency grievance regarding medical treatment - individual claims he has been denied dental treatment since arriving at Lincoln CC. This grievance will be assigned #733 and forwarded to the Chief Administrative Officer for the determination of emergent or non-emergent status. This Counseling Summary will be sent to the individual in custody for the status of this grievance.

**Print Date   3/29/2022**

#733

13-8-20

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R44104 | **Counseling Date** | 04/11/22 10:17:46:217 |
| **Offender Name** | CAMPBELL, RYAN W. | **Type** | Collateral |
| **Current Admit Date** | 09/30/2021 | **Method** | Grievance |
| **MSR Date** | 01/25/2023 | **Location** | LIN   CLINICAL SERVICES |
| **HSE/GAL/CELL** | 01-B -08 | **Staff** | COOK, LUIS J., Office Coordinator |

The individual in custody has re-submitted grievance #733 for a second level response. This grievance will be processed at the second level.

**Print Date   4/11/2022**

7334

1B-B-20

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R44104 | **Counseling Date** | 04/06/22 15:23:43:267 |
| **Offender Name** | CAMPBELL, RYAN W. | **Type** | Collateral |
| **Current Admit Date** | 09/30/2021 | **Method** | Grievance |
| **MSR Date** | 01/25/2023 | **Location** | LIN   CLINICAL SERVICES |
| **HSE/GAL/CELL** | 01-B -08 | **Staff** | COOK, LUIS J., Office Coordinator |

The individual in custody has been given a first level response to grievance #733. If the individual in custody does not concur with this response, the individual in custody may appeal this grievance to the second level. This Counseling Summary will be forwarded to the individual in custody, along with the grievance, for the status of this grievance.

**Print Date   4/6/2022**

#733

1B-8-20

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | **R44104** | **Counseling Date** | 04/01/22 14:46:35:500 |
| **Offender Name** | **CAMPBELL, RYAN W.** | **Type** | Collateral |
| **Current Admit Date** | 09/30/2021 | **Method** | Grievance |
| **MSR Date** | 01/25/2023 | **Location** | LIN   CLINICAL SERVICES |
| **HSE/GAL/CELL** | 01-B -08 | **Staff** | COOK, LUIS J., Office Coordinator |

Non-emergent grievance #733 has been re-submitted for a first level response.

**Print Date   4/1/2022**

1B-8-20

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R44104 | **Counseling Date** | 04/15/22 11:00:25:420 |
| **Offender Name** | CAMPBELL, RYAN W. | **Type** | Collateral |
| **Current Admit Date** | 09/30/2021 | **Method** | Grievance |
| **MSR Date** | 01/25/2023 | **Location** | LIN   CLINICAL SERVICES |
| **HSE/GAL/CELL** | 01-B -08 | **Staff** | COOK, LUIS J., Office Coordinator |

The individual in custody has been given a first level response to grievance #817. If the individual in custody does not concur with this response, the individual in custody may appeal this grievance to the second level. This Counseling Summary will be forwarded to the individual in custody, along with the grievance, for the status of this grievance.

**Print Date   4/15/2022**

#817

18-8-20

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R44104 | **Counseling Date** | 04/11/22 13:23:41:153 |
| **Offender Name** | CAMPBELL, RYAN W. | **Type** | Collateral |
| **Current Admit Date** | 09/30/2021 | **Method** | Grievance |
| **MSR Date** | 01/25/2023 | **Location** | LIN   CLINICAL SERVICES |
| **HSE/GAL/CELL** | 01-B -08 | **Staff** | COOK, LUIS J., Office Coordinator |

The individual in custody has filed a grievance regarding dental treatment - individual would like a dental treatment. This grievance will be assigned #817 and processed at the first level. This Counseling Summary will be sent to the individual in custody for the status of this grievance.

**Print Date  4/11/2022**

¤ 817

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---:|:---|---:|:---|
| **IDOC #** | **R44104** | **Counseling Date** | 04/21/22 10:07:52:117 |
| **Offender Name** | **CAMPBELL, RYAN W.** | **Type** | Collateral |
| **Current Admit Date** | 09/30/2021 | **Method** | Grievance |
| **MSR Date** | 01/20/2023 | **Location** | LIN   CLINICAL SERVICES |
| **HSE/GAL/CELL** | 01-B -08 | **Staff** | COOK, LUIS J., Office Coordinator |

The individual in custody has re-submitted grievance #817 for a second level response. This grievance will be processed at the second level.

**Print Date  4/21/2022**

#963

5B-8-20

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R44104 | **Counseling Date** | 05/04/22 15:13:55:293 |
| **Offender Name** | CAMPBELL, RYAN W. | **Type** | Collateral |
| **Current Admit Date** | 09/30/2021 | **Method** | Grievance |
| **MSR Date** | 01/20/2023 | **Location** | LIN CLINICAL SERVICES |
| **HSE/GAL/CELL** | 01-B -08 | **Staff** | COOK, LUIS J., Office Coordinator |

The individual in custody has filed a grievance regarding medical (dental) - individual is having dental issues and would like a gum graph, partial and a teeth cleaning. This grievance will be assigned #963 and processed at the first level. This Counseling Summary will be sent to the individual in custody for the status of this grievance.

**Print Date** 5/4/2022





8-2o

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R44104 | **Counseling Date** | 05/06/22 11:11:48:550 |
| **Offender Name** | CAMPBELL, RYAN W. | **Type** | Collateral |
| **Current Admit Date** | 09/30/2021 | **Method** | Grievance |
| **MSR Date** | 01/20/2023 | **Location** | LIN   CLINICAL SERVICES |
| **HSE/GAL/CELL** | 01-B -08 | **Staff** | COOK, LUIS J., Office Coordinator |

The individual in custody has been given a first level response to grievance #963. If the individual in custody does not concur with this response, the individual in custody may appeal this grievance to the second level. This Counseling Summary will be forwarded to the individual in custody, along with the grievance, for the status of this grievance.

**Print Date** 5/6/2022

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R44104 | **Counseling Date** | 02/09/22 15:30:07:270 |
| **Offender Name** | CAMPBELL, RYAN W. | **Type** | Collateral |
| **Current Admit Date** | 09/30/2021 | **Method** | Grievance |
| **MSR Date** | 01/25/2023 | **Location** | LIN   CLINICAL SERVICES |
| **HSE/GAL/CELL** | 01-B -08 | **Staff** | COOK, LUIS J., Office Coordinator |

The individual in custody has been given a first level response to grievance #378. If the individual in custody does not concur with this response, the individual in custody may appeal this grievance to the second level. This Counseling Summary will be forwarded to the individual in custody, along with the grievance, for the status of this grievance.

**Print Date**  2/9/2022

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R44104 | **Counseling Date** | 01/12/22 12:30:22:443 |
| **Offender Name** | CAMPBELL, RYAN W. | **Type** | Collateral |
| **Current Admit Date** | 09/30/2021 | **Method** | Grievance |
| **MSR Date** | 01/25/2023 | **Location** | LIN   CLINICAL SERVICES |
| **HSE/GAL/CELL** | 01-B -08 | **Staff** | COOK, LUIS J., Office Coordinator |

The individual in custody submitted an emergency grievance regarding medical (dental treatment). This grievance will be assigned #378 and forwarded to the Chief Administrative Officer for the determination of emergent or non-emergent status. This Counseling Summary will be sent to the individual in custody for the status of this grievance.

**Print Date   1/12/2022**

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R44104 | **Counseling Date** | 02/16/22 14:57:39:353 |
| **Offender Name** | CAMPBELL, RYAN W. | **Type** | Collateral |
| **Current Admit Date** | 09/30/2021 | **Method** | Grievance |
| **MSR Date** | 01/25/2023 | **Location** | LIN  CLINICAL SERVICES |
| **HSE/GAL/CELL** | 01-B -08 | **Staff** COOK, LUIS J., Office Coordinator | |

The individual in custody has re-submitted grievance #378 for a second level response. This grievance will be processed at the second level.

**Print Date  2/16/2022**

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R44104 | **Counseling Date** | 03/31/22 14:43:49:727 |
| **Offender Name** | CAMPBELL, RYAN W. | **Type** | Collateral |
| **Current Admit Date** | 09/30/2021 | **Method** | Grievance |
| **MSR Date** | 01/25/2023 | **Location** | LIN  CLINICAL SERVICES |
| **HSE/GAL/CELL** | 01-B -08 | **Staff** | COOK, LUIS J., Office Coordinator |

The individual in custody submitted an emergency grievance regarding dental treatment - individual would like dental treatment. This grievance will be assigned #762 and forwarded to the Chief Administrative Officer for the determination of emergent or non-emergent status. This Counseling Summary will be sent to the individual in custody for the status of this grievance.

**Print Date   3/31/2022**

7628.

1B-8-20

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R44104 | **Counseling Date** | 04/18/22 13:09:49:163 |
| **Offender Name** | CAMPBELL, RYAN W. | **Type** | Collateral |
| **Current Admit Date** | 09/30/2021 | **Method** | Grievance |
| **MSR Date** | 01/25/2023 | **Location** | LIN   CLINICAL SERVICES |
| **HSE/GAL/CELL** | 01-B -08 | **Staff** | COOK, LUIS J., Office Coordinator |

Grievance #762 was reviewed by the Chief Administrative Officer and deemed as non-emergent. The individual in custody has the right to continue the grievance process by dropping this grievance into the grievance box in the housing unit.

**Print Date  4/18/2022**



# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R44104 | **Counseling Date** | 04/21/22 09:42:58:393 |
| **Offender Name** | CAMPBELL, RYAN W. | **Type** | Collateral |
| **Current Admit Date** | 09/30/2021 | **Method** | Grievance |
| **MSR Date** | 01/20/2023 | **Location** | LIN   CLINICAL SERVICES |
| **HSE/GAL/CELL** | 01-B -08 | **Staff** | COOK, LUIS J., Office Coordinator |

Non-emergent grievance #762 has been re-submitted for a first level response.

**Print Date** **4/21/2022**

13 8/20

ILLINOIS DEPARTMENT OF CORRECTIONS

**Disciplinary Report**

**Type of Report:**
☒ Disciplinary   ☐ Investigative     Facility: Lincoln C.C.     Date: 2·24·22

Name of Individual in Custody: CAMPBELL, RYAN     ID #: R44104     SMI: ☐ yes ☒ no     Race: White

Observation Date: 2·24·22     Approximate Time: 2:00 ☐ a.m. ☒ p.m.     Location: Housing Unit 1-B

**Offense(s):** DR 504:  304 Insolence

**Observation:** (NOTE: Each offense identified above must be substantiated.)

On Thursday Feb. 24, 2022 I (Deanty Crawford - Dentist) was doing my dental sick call on the Housing units. At 1400 hrs I was finishing up on the 1B site when CAMPBELL, RYAN R44104 who was not signed up for sick call came out without permission to speak to me. CAMPBELL R44104 showed me his finger (Right Index) that had blood on it. CAMPBELL R44104 stated it was from his gums and needed to be fixed. "You guys can't fix it here so you need to send me out." He began to get loud and aggressive even raising his hand to quiet me down saying "Let me speak." At this time I told CAMPBELL R44104 "we are finished here. Sign up for dental sick call." CAMPBELL R44104 kept arguing as he was told to go back inside. On his way in he said "You already have a paper trail." "I got ready this isn't finished." and "I already have my thingy writing on this." The door was then locked behind him. Campbell, RYAN R44104 positively I'd by state I'd card.

**Witness(es):**

☐ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

Deontay Crawford     Dentist     [signature]     2-24-22     3:55 ☐ a.m. ☒ p.m.
Reporting Employee (Print Name)     Badge #     Signature     Date     Time

---

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement     ☐ Investigative Status     Reasons: _____

Printed Name and Badge #     Shift Supervisor's Signature     Date
(For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer     Comment: _____

☐ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee

☒ **Minor Infraction,** submitted to Program Unit
M. Brill   743     M.B.M   743     2/24/22
Print Reviewing Officer's Name and Badge #     Reviewing Officer's Signature     Date

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

Print Hearing Investigator's Name and Badge #     Hearing Investigator's Signature     Date

---

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☒ Check if individual in custody refused to sign

Individual in Custody's Signature     ID#

Funk     2577     [signature]
Serving Employee (Print Name)     Badge #     Signature

25 Feb 2022     1250 ☐ a.m. ☒ p.m.
Date Served     Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Individual in Custody's Signature     ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

Date of Disciplinary Report     Print individual in custody's name     ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness     Witness badge or ID#     Assigned Cell (if applicable)     Title (if applicable)

Witness can testify to: _____

Print Name of witness     Witness badge or ID#     Assigned Cell (if applicable)     Title (if applicable)

Witness can testify to: _____

Page 1 of 1
Printed on Recycled Paper

Distribution: Master File
Individual in Custody

DOC 0317 (Rev. 7/2021)

PROFILE INFORMATION FORM

Ryan          W.          CAMPBELL
(First)       (Middle)    (Last)

1. IDENTIFICATION: R44104

NAME OF PRISON: LINCOLN CORRECTIONAL CENTER

2. DATE OF BIRTH: 10/10/1985

3. HOME ADDRESS:

STREET NUMBER AND NAME: 3923 E. 2603 ROAD

CITY, STATE AND ZIP CODE: SHERIDAN, IL 60551

FILED

MAY 17 2022

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Ryan W. Campbell B-28653
Lincoln Correctional Center
P.O. Box 549
Lincoln, IL 62656

This Correspondence is
from an Offender of the
Illinois Department of Corrections



US POSTAGE and PITNEY BOWES
ZIP 62656
02 4W
0000372950 MAY 13 2022
$ 002.36

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

151 U.S. COURT HOUSE

600 EAST MONROE ST.

SPRINGFIELD, IL 62701

LEGAL MAIL